UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR03-140-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| DANIEL MARK RINGEL, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on January 5, 2006. The United States was represented by AUSA Leonie G.H. Grant and the defendant by Jennifer E. Wellman. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 20, 2003 by the Honorable Robert S. Lasnik on a charge of Possession of Stolen Explosive Materials and sentenced to One Month Custody, Three Years Supervised Release. (Dkt. 14).

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, mandatory drug testing, submit to search, and participate in a

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 home confinement program for 90 days. The conditions of supervised release were modified on

02 October 22, 2004 to require the defendant to abstain from the use of alcohol and other intoxicants.

03 (Dkt. 16). On December 30, 2004, the defendant's probation officer alleged that he violated the

04 terms of supervised release by committing the offense of speeding and violation of the terms of

05 license restriction, and in failing to report the contact with law enforcement within 72 hours.  In

06 response, the conditions of supervised release were  modified on February 1, 2005 to require the

07 defendant to complete 40 hours of community service. (Dkt. 18).

08         On September 27, 2005, the defendant admitted to violations of supervised release

09 consisting of using methamphetamine and using lithium. (Dkt. 32).  The defendant was continued

10 on supervised release, with previous conditions remaining in effect and additional conditions

11 imposed consisting of participation in a mental health program and cooperating with his medical

12 providers in recommendations for treatment. (Dkt. 33.)

13         In an application dated November 21,  2005, U.S. Probation Officer Steven R. Gregoryk

14 alleged the following violation of the conditions of supervised release:

15         1.      Failing to report for substance abuse testing on November 9, 2005 and November

16 16, 2005 in violation of the condition of supervision which required the defendant to submit to no

17 more than 8 drug tests each month in order to determine if he has reverted to the use of drugs.

18         2.      Using cocaine on or about November 14, 2005 in violation of standard condition

19 No. 7.

20         Defendant was advised in full as to those charges and as to his constitutional rights.

21         Defendant admitted each of the alleged violations and waived any evidentiary hearing as

22 to whether they occurred.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01        I therefore recommend the Court find defendant violated his supervised release as alleged

02 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be

03 set before Judge Lasnik.

04        Pending a final determination by the Court, defendant has been detained.

05        DATED this  5th  day of  January , 2006.

06

07                                                            _____
                                                              Mary Alice Theiler
08                                                            United States Magistrate Judge

09

10

11 cc:     District Judge:            Honorable Robert S. Lasnik
           AUSA:                      Leonie G. H. Grant
12         Defendant's attorney:      Jennifer E. Wellman
           Probation officer:         Steven R. Gregoryk

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3