UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL M. RINGEL,<br><br>Defendant. | CASE NO. CR03-140RSL<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 12, 2006. The United States was represented by Leonie Grant. The defendant was represented by Jennifer Wellman.

The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Possession of Stolen Explosives Materials on or about June 20, 2003. The Hon. Robert S. Lasnik of this court sentenced Defendant to 1(one) month of confinement, followed by 3(three) years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

In a Petition for Warrant USPO Steven R. Gregoryk alleged that Defendant violated the conditions of supervised release in four respects:

(1) Using methamphetamine on or before March 13, 2006, in violation of standard condition number seven.

(2) Committing the crime of driving with an invalidated license, or about March 22, 2006, in violation of the general condition that the defendant no commit another federal, state, or local crime.

(3) Committing the crime of no valid proof of vehicle insurance and expired license tabs on or about March 22, 2006, in violation of general condition that the defendant not commit another federal, state, or local crime.

(4) Using alcohol on or about March 22, 2006, in violation of special condition requiring defendant to abstain from the use of alcohol during the term of supervision.

I advised the defendant of these charges and of his constitutional rights. At a hearing held on March 29, 2005, Defendant admitted to violation numbers 1 and 4. At today's hearing Defendant admitted to violation number 2, waived any hearing as to whether it occurred, and the Government has agreed to withdraw violation number 3. The defendant consented to having the matter set for a disposition hearing before the Hon. Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged above; dismissal of allegation number 3, and set the matter for a disposition hearing.

//
//
//
//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-

Defendant has been detained pending a final determination by the court.

DATED this 17th day of April, 2006.

                                        MONICA J. BENTON
                                        United States Magistrate Judge

cc:   Sentencing Judge        :   Hon. Robert S. Lasnik
       Assistant U.S. Attorney  :   Leonie Grant
       Defense Attorney        :   Jennifer Wellman
       U. S. Probation Officer  :   Steven Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3-